United States District Court
Southern District of Texas
**ENTERED**
November 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NINA BOULER, §<br>§<br>Plaintiff, §<br>VS. §<br>§<br>TRANS UNION, LLC, *et al*, §<br>§<br>Defendants. § | CIVIL ACTION NO. 4:19-CV-880 |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Instrument No. 35) of United States Magistrate Judge Christina Bryan signed on October 24, 2019, regarding **Instrument Nos. 26, 27, 28 and 30**.

The Court finds as of November 14, 2019 no objections were filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C) and General Order 80-5, S.D. Texas. Failure to file objections within 14 days after being served with a copy has barred the parties from attacking on appeal the Magistrate's factual findings.

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court. *as to all Ds except Trans Union who has already been dismissed from this case.*

The Clerk of the Court shall provide a true copy of this Order to all counsel of record.

SIGNED on this the 15th day of November, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**